# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IRONWORKERS LOCAL UNION NO. 808, IRONWORKERS LOCAL UNION NO. 808 PENSION FUND, IRONWORKERS LOCAL UNION NO. 808 ANNUITY FUND, IRONWORKERS LOCAL UNION NO. 808 APPRENTICESHIP FUND, WADE A. IVEY, PAUL METTE, GREGORY HOLMES, BEN SCHMITT, WES KENDRICK, STANLEY DVORAK, JR.,

Plaintiffs,

-vs-  Case No. 6:08-cv-783-Orl-28GJK

CHAMPION WELDING, LLC.,

Defendant.

## ORDER

This case is before the Court on Plaintiffs' Amended Motion for Default Judgment (Doc. No. 15) filed February 20, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 15, 2009 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Amended Motion for Default Judgment is **GRANTED**.

3. Plaintiffs are awarded $10,214.06 ($6,727.01 principal; $583.01 interest through December 2007 - See Doc. 15-6; $1,052.13 penalties; $1,130.00 fees and costs; and $721.91 interest from January 1, 2008 to May 6, 2009).

4. The Clerk is directed to enter judgment in favor of Plaintiffs and against Defendant in the amount of $10,214.06.

5. After entry of Judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 5th day of May, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party